Robert Amador, Esq. (State Bar #269168)
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA 93004
(888)308-1119 ext. 11
(888) 535-8267 fax
R.Amador@centenniallawoffices.com

Attorney for Plaintiff
JORGE FLORES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE FLORES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WORLDWIDE PROCESSING GROUP LLC;<br>FORWARD MOVEMENT RECOVERY;<br>NICK WELLS; and<br>DOE 1-5<br><br>　　　　Defendants. | Case No.<br><br>COMPLAINT FOR:<br>1.) ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT VIOLATIONS (Cal. Civ. Code § 1788 et seq.).<br><br>2.) FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. 1692 et seq.)<br><br>DEMAND FOR JURY TRAIL |

1.　　Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA") and the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788 et seq.

**JURISDICTION AND VENUE**

2. This Court exercises jurisdiction under 15 U.S.C. § 1692k and 28 U.S.C. §§ 1331, 1337, and 1367. This District is of proper venue as Plaintiff is a resident within this District and Defendants engaged in the actions alleged herein while Plaintiff so resided.

**PARTIES**

3. Plaintiff, JORGE FLORES (hereinafter "Plaintiff" or "Mr. Flores"), is a natural person residing in Oakland, California. Defendant, WORLDWIDE PROCESSING GROUP LLC, is a New York limited liability company believed to maintain its principle place of business at 1902 Ridge Road Suite 115, in West Seneca, NY. FORWARD MOVEMENT RECOVERY is believed to be a fictitious business name or a wholly owned subsidiary of WORLDWIDE PROCESSING GROUP LLC. NICK WELLS is the managing member of WORLDWIDE PROCESSING GROUP LLC, a debt collector, and responsible for the policies and procedures of the company, including those giving rise to Plaintiff's causes of action herein. Plaintiff is ignorant of the true names and capacities of the defendants sued herein as DOE 1-5, and therefore sues these defendants by such fictitious names. Plaintiff will amend this Complaint to allege the true names and capacities once ascertained. Plaintiff believes and thereon alleges that the fictitiously named defendants are responsible in some manner for the occurrences herein alleged, and that such defendants are responsible to Plaintiff for damages and/or monies owed.

5. WORLDWIDE PROCESSING GROUP LLC, FORWARD MOVEMENT RECOVERY, NICK WELLS, and DOE 1-5 shall hereafter be jointly referred to as "Defendants."

6. Defendants regularly operate as third-party debt collectors and are "debt collectors" as defined by 15 U.S.C. 1692a.

## FACTUAL ALLEGATIONS

7. In November of 2016, Defendants began contacting Mr. Flores in an attempt to collect a consumer debt allegedly owed by Mr. Flores.

8. In November of 2016, Defendants began calling Mr. Flores and leaving him telephone messages in which Defendants failed to disclose the name of their company, the name of the individual responsible for the call, or that the communication was from a debt collector.

9. On or about November 2, 2016, Defendants called Mr. Flores and left him a telephone message, the content of which is as follows: "Contact all references on file.  If you are unable to provide any information, please contact us regardless at 877-300-2904.  Thank you."

10. On or about November 4, 2016, Defendants called Mr. Flores and left him a telephone message, the content of which is as follows: "Flores Jorge.  Dial now to speak with a representative or call 877-299-5132. It is important that we speak with you in regards to their whereabouts.  If we cannot verify this information through you, the law allows us to contact all references on file.  If you are unable to provide any information, please contact us regardless at 877-299-5132.  Thank you."

11.  Concerned and harassed by Defendants' calls in which they failed to identify themselves or disclose the purpose of their communications, Mr. Flores retained counsel with Centennial Law Offices.

12. As a direct result of the collection activity herein alleged, Mr. Flores incurred legal fees of $1,955.00.

## CAUSES OF ACTION

### COUNT I

13. Plaintiff re-alleges paragraphs 1 through 12, inclusive, and by this reference incorporate the same as though fully set forth herein. Plaintiff is informed and believes and herein alleges that Defendants, and each of them, violated 15 U.S.C. 1692d(6) and 1692e(11) by engaging in communications with Plaintiff in which Defendants failed to disclose their individual name, the name of their company, that the communications were from a debt collector, and that the communications were in an attempt to collect a debt.

### COUNT II

14. Plaintiff re-alleges paragraphs 1 through 12, inclusive, and by this reference incorporate the same as though fully set forth herein. Plaintiff is informed and believes and herein alleges that Defendants, and each of them, violated Cal. Civ. Code § 1788.11(b) by engaging in communications with Plaintiff in which Defendants failed to disclose their individual name, the name of their company, that the communications were from a debt collector, and that the communications were in an attempt to collect a debt.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, as follows:

   1.) For statutory damages in the amount of $1,000 pursuant to 15 U.S.C. 1692k(2);

   2.) For statutory damages in the amount of $1,000 pursuant to Cal. Civ. Code § 1788.30(b);

   3.) For $1,955.00 for legal costs incurred in responding to unlawful collection activity;

4.) For prejudgment interest in an amount to be proved at time of trial;

5.) For attorney's fees pursuant to 15 U.S.C. 1692(k) and Cal. Civ. Code § 1788.30(c);

6.) For the costs of this lawsuit; and

7.) For any other and further relief that the court considers proper.

## JURY DEMAND

Plaintiff demands a jury trial.

Date:  June 5, 2017                              s/Robert Amador
                                                 _____
                                                 ROBERT AMADOR, ESQ.
                                                 Attorney for Plaintiff Jorge Flores